```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
T.A., *individually and on behalf of* M.H., *a child with a disability*,

          Plaintiff,

 -against-

NEW YORK CITY DEPARTMENT OF EDUCATION

          Defendant.
------------------------------------------------------------------X

1:21-cv-7104-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  On April 15, 2022, the Court held a conference to discuss, among other things, Defendant's request that the Court set a briefing schedule for Plaintiff's motion for fees. The Court grants that request. Plaintiff's motion for fees is due no later than May 2, 2022. Defendant's opposition is due no later than May 16, 2022. Plaintiff's reply, if any, is due not later than May 23, 2022.

  SO ORDERED.

Dated: April 15, 2022
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge