```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T.A., individually and on behalf of M.H.,
a child with a disability,

                        Plaintiffs,

         21 CIVIL 7104 (GHW)

   -against-

         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Gregory H. Woods., United States District Judge's Memorandum Opinion & Order dated August 19, 2022, Plaintiff's motion for attorney's fees and expenses is GRANTED IN PART and DENIED IN PART. The Court awards Plaintiff's counsel $19,079.50 in fees and expenses. Accordingly, this case is closed.

**DATED**: New York, New York
             August 22, 2022

                                                **RUBY J. KRAJICK**
                                                 Clerk of Court

                               BY: _____
                                                  Deputy Clerk