USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

T.A., *individually and on behalf of* M.H., *a child with a disability*,

         Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION

         Defendant.

-----------------------------------------------------------------X

1:21-cv-7104-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 12, 2022, the Court received a mandate issued by the United States Court of Appeals for the Second Circuit. Dkt. No. 55. The parties are directed to submit a joint letter to the Court two weeks following the ruling by the United States Court of Appeals for the Second Circuit in *H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education*, 21-1582, and the other tandem appeals. The joint letter should detail the positions of each of the parties regarding what steps, if any, the Court should take in response to the ruling.

SO ORDERED.

Dated: October 13, 2022
New York, New York

             _____
               GREGORY H. WOODS
               United States District Judge