**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
T.A., individually and on behalf of M.H.,
a child with a disability,

      Plaintiffs,

  -against-               21 **CIVIL** 7104 (GHW)

                          **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

      Defendant.
------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Memo Endorsement dated July 6, 2023, and the Court's Memorandum Opinion and

Order dated August 19, 2022, Plaintiff's motion for attorney's fees and expanses is GRANTED

IN PART and DENIED IN PART. The Court awards Plaintiff's counsel $19,079.50 in fees and

expenses. Accordingly, this case is closed.

**Dated:**  New York, New York

   July 10, 2023

                    **RUBY J. KRAJICK**

               _____
                  **Clerk of Court**

        **BY:**

               _____
                  **Deputy Clerk**